448 A.2d 1165

Commonwealth v. Collier, Appellant.

Argued March 23, 1982. Allen H. Smith, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.